AAAMG Leasing Corp., as Assignee of Darnier Phillipe, Respondent, 
against
NY Central Mutual Ins. Co., Appellant. 




Nightingale Law, P.C. (Michael S. Nightingale of counsel), for appellant.
Zara Javakov, P.C. (Zara Javakov of counsel), for respondent.

Appeal from an order of the Civil Court of the City of New York, Kings County (Odessa Kennedy, J.), entered August 22, 2017. The order denied defendant's motion for summary judgment dismissing the complaint.




ORDERED that the order is reversed, with $30 costs, and defendant's motion for summary judgment dismissing the complaint is granted.
In this action by a provider to recover assigned first-party no-fault benefits, defendant appeals from an order of the Civil Court denying defendant's motion which had sought summary judgment dismissing the complaint on the ground that plaintiff's assignor had failed to appear for duly scheduled independent medical examinations.
For the reasons stated in Alleviation Med. Servs., P.C., as Assignee of Hill, Laquan v Citiwide Auto Leasing (___ Misc 3d ___, 2019 NY Slip Op _____ [appeal No. 2017-1220 K C], decided herewith), the order is reversed and defendant's motion for summary judgment dismissing the complaint is granted.
PESCE, P.J., WESTON and ALIOTTA, JJ., concur.
ENTER:
Paul Kenny
Chief Clerk
Decision Date: August 02, 2019